# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

N.Y.S.D. Case # 10-cv-8258(ALC)

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of June, two thousand thirteen.

Before: Ralph K. Winter,
       *Circuit Judge.*
_____

Community Health Care Association of New York,
Anthony L. Jordan Health Center, Bedford Stuyvesant
Family Health Center, Inc., Brooklyn Plaza Medical Center, Inc.,
Brownsville Multi-Service Family Health Center, Charles B. Wang
Community Health Center, Inc., Community Health Center of Buffalo, Inc.,
Community Health Center of Richmond, Inc., Community Healthcare Network,
Damian Family Care Centers, Inc., East Harlem Council for Human Services, Inc.,
East Hill Family Medical, Inc., Ezra Medical Center, Family Health Network of
Central New York, Inc., Finger Lakes Migrant Health Care Project, Inc.,
Heritage Health and Housing, Inc., Hudson Headwaters Health Network, Hudson River
Healthcare, Inc., Joseph P. Addabbo Family Health Center, Inc., Middleton Community
Health Center, Inc., Morris Heights Health Center, Mount Vernon Neighborhood Health
Center, Inc., Northern Oswego County Health Services, Inc., Northwest Buffalo
Community Health Care Center, Oak Orchard Community Health Center, Inc.,
ODA Primary Health Care Center, Inc., Open Door Family Medical Center, Inc.,
Rochester Primary Care Network, Ryan/Chelsea-Clinton Community Health Center,
Schenectady Family Health Services, Inc., DBA Hometown Health Center,
Sunset Park Health Council, Inc., Syracuse Community Health Center, Inc.,
Greater Hudson Valley Family Health Center, Inc., Urban Health Plan, Incorporated,
Whitney M. Young, Jr. Health Center, William F. Ryan Community Health Center,

      Plaintiffs - Appellants-Cross-Appelles,

      v.

M.D. Nirav R. Shah, in his official capacity as Commissioner,
New York State Department of Health, State of New York,

      Defendants- Appellees-Cross-Appellants,

Does 1-20,
      Defendant.
_____

**ORDER**

Docket No.    13-771 (Lead)
                 13-991 (XAP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 13, 2013

IT IS HEREBY ORDERED that the motion by the parties to hold the appeal in abeyance is GRANTED. Appellants-Cross-Appellees' brief and the appendix are due no later than 60 days after the issuance of the district court's disposition in docket #10-cv-08258(ALC). Appellees-Cross-Appellants' brief is due 50 days later. The Appellants-Cross-Appellees' response and reply brief is due 20 days later and the Appellees-Cross-Appellants' reply brief is due 10 days later. No party will be granted any further extensions.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

CERTIFIED COPY ISSUED ON 06/13/2013